ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IX

| | | |
|---|---|---|
| HACIENDA DEL MAR OWNERS ASSOCIATION, INC<br><br>Apelados<br><br>v.<br><br>GLENN PETKOS Y OTROS<br><br>Apelantes | KLAN202500450 | *Apelación* procedente del Tribunal de Primera Instancia, Sala Superior de Vega Baja<br><br>Caso Núm.: VB2025CV00088<br><br>Sobre: Cobro de Dinero |

Panel integrado por su presidente, el Juez Rodríguez Casillas, el Juez Marrero Guerrero y el Juez Campos Pérez

Campos Pérez, Juez Ponente

### SENTENCIA

En San Juan, Puerto Rico, a 20 de junio de 2025.

El 17 de junio de 2025, a través de su representación legal, la parte apelante del epígrafe presentó ante nos un escrito intitulado *Moción desistimiento voluntario*. Afirma que, el 13 de junio de 2025, los litigantes advinieron a un acuerdo transaccional, el cual ya forma parte del expediente del caso ante el Tribunal de Primera Instancia, Sala Superior de Vega Baja. Por virtud de ello, la parte apelante desiste voluntariamente de continuar con el recurso apelativo presentado el 19 de mayo de 2025 ante este foro revisor. Atendida la petición, la declaramos Ha Lugar, al amparo de la Regla 83 (A) del Reglamento del Tribunal de Apelaciones. En consecuencia, se ordena el cierre y archivo del caso.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador

SEN2025_____